THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


Sbarro Franchise Co. LLC,
et al.,

          Plaintiff(s),          Case No. 2:20-cv-267

  v.                      JUDGE MORRISON

                            MAGISTRATE JUDGE DEAVERS

Pizza Partners Operations LLC,
et al.,

          Defendant(s).


## ENTRY OF DEFAULT

It appears that the Defendants, Pizza Partners Operations LLC, Ft Myers Pizza Partners LLC, Port Charlotte Pizza Partners LLC, Tampa Pizza Partners LLC, Pensacola Pizza Partners LLC, and Joseph Candito, are in default having failed to plead or otherwise defend in this cause as required by law.  Now, therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Default is hereby entered against these Defendants on this 15th day of June, 2020.


Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio


By:  /s/ Kristen Keppler
     Kristen Keppler, Deputy Clerk